IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GENARO B. PATTERSON,**<br><br>　　　　　　　　　Petitioner,<br><br>　　v.<br><br>**ELVIN VALENZUELA, Warden,**<br><br>　　　　　　　　　Respondent. | Case No. 2:16-cv-0654 AC P<br><br>[~~PROPOSED~~] **ORDER** |

　　Upon considering Respondent's request, and good cause appearing, Respondent shall have an additional SEVEN (7) days, to and including July 12, 2016, to file a responsive brief to Petitioner's petition for writ of habeas corpus.

　　SO ORDERED.

DATED: July 1, 2016

　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_
　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1